**FILED**

**JUL 2 6 2021**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | Violations: Title 21, United States Code, Section 841 |
| MAURICE THOMPSON | UNDER SEAL |

1:21-cr-00469
Presiding Judge Norgle
Magistrate Judge Fuentes

### COUNT ONE

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

On or about March 12, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MAURICE THOMPSON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about May 10, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MAURICE THOMPSON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about February 6, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MAURICE THOMPSON,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and 100 grams or more of a mixture and substance containing a detectable amount of carfentanil, a Schedule II Controlled Substance and an analogue of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY