UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE THOMPSON | No. 21 CR 469<br><br>Judge Charles R. Norgle, Sr. |

**JOINT MOTION TO CONTINUE STATUS HEARING**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendant MAURICE THOMPSON, by his attorney SYED H. HUSSAIN, hereby submit the following joint motion to continue the status hearing on June 29, 2022:

1. On or about July 26, 2021, a grand jury returned an indictment charging defendant Maurice Thompson with: (1) distribution of one kilogram or more of heroin, in violation of 21 U.S.C. § 841(a)(1) (Count One); (2) distribution of 500 grams or more of cocaine, in violation of 21 U.S.C. § 841(a)(1) (Count Two); and (3) possession with intent to distribute 400 grams or more of fentanyl and 100 grams or more of carfentanil, in violation of 21 U.S.C. § 841(a)(1) (Count Three). Dkt. No. 1.

2. In addition, in the Southern District of Illinois, on or about October 6, 2020, a grand jury returned a superseding indictment charging defendant with: (1) conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) or 500 grams or more of a mixture and substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count One); and (2) possession with intent to distribute 50 grams or more of a mixture and substance

containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count Four). Case No. 20 CR 40052 (S.D. Ill.), Dkt. No. 22. On or about June 7, 2022, pursuant to a plea agreement, defendant pleaded guilty in Case No. 20 CR 40052 (S.D. Ill.). Dkt. Nos. 186; 187. Sentencing is currently scheduled for September 13, 2022. *Id.*

3. In light of the resolution of the charges in the Southern District of Illinois, the parties have arranged for a meeting to discuss a potential resolution of the charges in the instant case, which is scheduled for July 8, 2022. Accordingly, the parties respectfully request that the June 29, 2022 status hearing be rescheduled for August 2022, such as August 2 or 4, 2022. Defendant does not object to the exclusion of time, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

               Respectfully submitted,

               JOHN R. LAUSCH, JR.
               United States Attorney

By: */s/ G. David Rojas*
   G. DAVID ROJAS
   Assistant United States Attorney
   219 South Dearborn Street, 5th Floor
   Chicago, Illinois 60604
   (312) 353-5300

Dated: June 27, 2022