# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE THOMPSON | Hon. Charles R. Norgle, Sr.<br><br>**Case No.:** 21-CR-469 |

## APPOINTED COUNSEL'S MOTION TO WITHDRAW

NOW COMES, SYED H. HUSSAIN, ESQ., appointed to represent Defendant MAURICE THOMPSON under the Criminal Justice Act, and respectfully moves this Honorable Court to grant him leave to withdraw. In support of this motion Counsels states as follows:

1.  Mr. Thompson was charged by an indictment on July 26, 2021 with three counts of distributing controlled substances. (Dkt. 1).

2.  The undersigned was appointed as counsel on October 21, 2021. (Dkt. 9).

3.  The irretrievable breakdown in communication between the undersigned and the client have resulted in a fundamental disagreement as to the prosecution of this matter. Defendant and the undersigned have attempted to resolve these issues without success.

4.  After careful consideration and review of his duties under the Illinois Rules of Professional Conduct, and in light of discussions with Mr. Thompson in the past and recognizing his duty to confidentiality and to do nothing to adversely affect his client in any way, it is necessary that counsel withdraw.

1

\#

5. Consistent with the circumstances, and in light of the commentary of Rule 1.16 of the *Illinois Rules of Professional Conduct* (Declining and Terminating Representation) counsel can properly say only "professional considerations require termination of the representation."

6. Defendant is qualified for Federal Defender representation and requests a subsequent attorney be appointed.

7. Withdrawing representation will not impede justice or prejudice the prosecution.

WHEREFORE, Attorney Syed H. Hussain, Esq. respectfully moves this Court to grant his leave to withdraw as the Defendant's attorney.

|  |  |
|---|---|
| Dated August 2, 2022 | Respectfully submitted, |
| | s/ Syed Haseeb Hussain |
| | Syed H. Hussain, Esq. - Bar # 6331378 |
| | **HASEEB LEGAL LLC** |
| | 420 E Waterside Dr. #3004 |
| | Chicago, IL 60601 |
| | Ph: 954-225-4934 |
| | Email: sh@haseeblegal.com |